IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BEASLEY SINGLETON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:11-cv-713-WHA |
| | )                    (WO) |
| AUBURN UNIVERSITY | ) |
| MONTGOMERY, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

The Defendant's Motion for Summary Judgment (Doc. # 26), filed on July 6, 2012, will be deemed submitted to this Court on August 22, 2012, without oral argument. If either party desires oral argument, such party should so notify the Court and opposing counsel by August 22, 2012. If, after considering the parties' submissions, the Court finds oral argument is necessary, a hearing will be scheduled, and the parties will be notified of the date of the hearing.

Affidavits, briefs, depositions, or other documents which Plaintiff wishes to file in opposition to said motion shall be filed on or before August 15, 2012.

The Defendant shall have until August 22, 2012, to file any replies it wishes to file.

If a document, including a deposition, is to be considered on the issue of summary judgment, a party shall specifically designate which parts of the document are deemed relevant. The designation of parts of depositions shall be by page and line numbers. No parts of documents not so specifically designated will be considered.

DONE this 25th day of July, 2012.

                              /s/ W. Harold Albritton
                              W. HAROLD ALBRITTON
                              SENIOR UNITED STATES DISTRICT JUDGE