IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BEASLEY SINGLETON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:11-cv-713-WHA ) (WO) |
| AUBURN UNIVERSITY MONTGOMERY, | ) ) ) |
| Defendant. | ) |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered on this date, Judgment is entered in favor of Auburn University Montgomery and against the Plaintiff, Beasley Singleton.

Costs are taxed against the Plaintiff.

Done this 13th day of September, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE